MARIANO FANTI, Appellant, *v.* TRAVELERS INSURANCE COMPANY,
Respondent.

Argued April 8, 1943; decided May 27, 1943.

*Harry P. Albert* for appellant.

*John G. Donovan, William J. Moran* and *Louis P. Galli* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.